IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

Cause No: **3-21-cv-00801-X-BN**

Joe Hunsinger
  Plaintiff

v.

JZ HOMEBUYERS, LLC.

Defendant



# NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, hereby states as follows:

1. The Plaintiff and the Defendant JZ HOMEBUYERS, LLC. have reached a settlement.

2. An Order of Dismissal will be filled with the court once settlement terms have been completed by the Parties.

Submitted May 28, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

April 28, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677



NORTH TEXAS TX P&DC
DALLAS TX 750
29 MAY 2021 PM 8 L

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217