IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

```
                                          U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF TEXAS
                                                FILED
                                            JUN 1 1 2021
                                       CLERK, U.S. DISTRICT COURT
                                       By_____
                                              Deputy
```

Cause No:   3-21-CV-00801-X-BN

Joe Hunsinger
 Plaintiff

v.

JZ HOMEBUYERS, LLC.
Defendant

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW  the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

Submitted June 7, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

Case 3:21-cv-00801-N-BT   Document 10   Filed 06/11/21   Page 2 of 2   PageID 38



NORTH TEXAS TX P&DC
DALLAS TX 750
8 JUN 2021 PM 7 L

RECEIVED - 8

JUN 11 2021

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

75242-131052